IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARISSA K. SCHULTZ,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEMOCRATIC PARTY,<br><br>Defendant. | **8:26CV370**<br><br>**ORDER OF RECUSAL REQUEST FOR REASSIGNMENT** |

This matter is before the Court on the Court's own accord pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 3rd day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge